# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK ALLEN VARELA,

    Defendant.

Case No. 2:11-CR-78-KJD-PAL

**ORDER**

Presently before the Court is Defendant's Motion to Correct Clerical Error (#26). Defendant alleges that at sentencing on Defendant's revocation the Court orally pronounced a term of supervised release of twenty-four (24) months, but that the Judgment incorrectly reflected a term of thirty (30) months. Having reviewed the rough transcript of the proceeding, Defendant is incorrect. At sentencing, the Court ordered thirty (30) months of supervised release.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Correct Clerical Error (#26) is **DENIED**.

DATED this 31st day of October 2017.

                                                    Kent J. Dawson
                                                    United States District Judge