**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK ALLEN VARELA,<br><br>    Defendant. | Case No. 2:11-cr-00078-KJD-PAL<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  Mr. Varela commenced Supervision on November 27, 2018 and has therefore completed 18 months of the 30-month term most recently imposed.

2.  Since commencing this term of supervised release, Mr. Varela has not committed any new law violations or submitted any positive drug tests.

3.  Mr. Varela has completed all his treatment obligations and has not been recommended for further treatment.

4.  Mr. Varela has satisfied his court ordered financial obligations, including the cost of his lost alcohol monitoring device.

5.  U.S. Probation Officer Kamuela Kapanui has been consulted and agrees to Mr. Varela's request for early termination.

6.  The parties and Mr. Varela agree that early termination is appropriate at this time.

## CONCLUSIONS OF LAW

After considering a subset of the 18 U.S.C. § 3553(a) sentencing factors, the Guide to Judiciary Policy, and 18 U.S.C. § 3583, this Court finds that Mr. Varela has completed one year of supervision and has determined that early termination is warranted by the conduct of Mr. Varela while on supervision and the interests of justice.

## ORDER

Having considered the parties stipulation, and good cause being found;

IT IS THEREFORE ORDERED that Mr. Varela's term of supervised release is terminated immediately.

DATED this 11th day of June, 2020.

HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE